UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY ____ D.C.
2006 NOV -2 PM 3:54
CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CASE NO.: 06-CR-20314-2-FAM

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
MANUEL ANTONIO AGUSTO
ANGEL OMAR PEREZ,
    Defendant.
_____/

### SAFETY VALVE STATEMENT

I, ANGEL OMAR PEREZ, and I, MANUEL ANTONIO AGUSTO make the following statements of our own free will in the presence of our attorneys:

We have read the attach factual proffer and all the facts contain in it are true and Correct. there no excuse for our action, everything we did, we did knowly and out of our free will. We have now one to blame but our self. We are both sorry and have learn a Valuable Lesson. We would like to Apologize to the Citizen of United States for our Criminal behavior.

DATE: 11-1-06

_____          _____
ANGEL OMAR PEREZ                                      MANUEL ANTONIO AGUSTO

Respectfully submitted,

Michael D. Walsh, P.A.
DOWNTOWN LEGAL CENTER
46 Northeast 6th Street
Miami, FL. 33132
Tel: (305) 444-7700 Fax: (305) 441-1423

By: _____
    Michael Walsh
    FL Bar No.: 0172138

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 2 day of Nov., 2006, to the Office of the United States Attorney and United States Department of Probation for the Southern District of Florida, 99 Northeast 4th Street, Miami, Florida 33132.

By: _____
    Michael Walsh
    FL Bar No.: 0172138

FACTUAL PROFFER
*U.S. v. Manuel Antonio Agosto & Angel Omar Perez,* 06-20314-CR-MORENO

A confidential source (CS) advised DEA that he was introduced to Manuel Antonio Agosto as a potential supplier of methylendioxmethamphetamine, MDMA, also known as ecstasy, a controlled substance. On the same date, the CS called Agosto, and Agosto agreed that he would sell 15,000 pills to the CS for a price of $5.50 per pill.

On April 19, 2006, the CS introduced an undercover DEA agent to Agosto and Perez at a meeting in Miami, Florida. During this meeting, Perez advised the CS and the undercover that Perez had three types of ecstasy pills he could supply – "Amarillas," "Euros," and "You've Got Mail" pills. The CS and Perez agreed that Perez would sell the ecstasy pills at $5.50 per pill.

Between April 12, 2006 and May 9, 2006, DEA agents recovered numerous conversations between the CS, Agosto and Perez. During these conversations, the CS, Agosto and Perez discussed detailed related to the pending transactions. Additionally, Agosto stated that they did not want to deliver 15,000 pills at once, but wanted to break the deliveries down into two deliveries of 7500 pills or three deliveries of 5000 pills.

On May 9, 2006 at approximately 11:00 a.m., Perez called the CS and advised that Perez was ready to conduct the transaction. At approximately 11:50 a.m., DEA agents instructed the CS to contact Perez and further discussed meeting with him to purchase "Mariposas," another type of ecstasy, for $5.50 per pill. Perez agreed to deliver the pills and place them in the driver's side door of a pre-positioned vehicle that would be staged by the CS in the parking lot of a restaurant at 10603 N.W. 12th Street in Miami, Florida at 3:30 p.m. Perez would then call the CS once the pills were in the car. The delivery of the drugs was to then be confirmed by the undercover, with a money exchange to follow.

DEA agents established surveillance at the designated delivery location. The agents also dropped of a staged vehicle in the parking lot and maintained surveillance on it. The CS called Perez and advised him that the vehicle was in position. DEA agents observed Agosto enter the restaurant and he remained inside. DEA agents observed Perez arrive, and, at about the same time, Perez called the CS advised that he would be waiting in the restaurant for his associates to deliver the ecstasy. DEA agents observed Perez exit the restaurant and walk directly to the driver's side door of the staged vehicle and open the door, at which time agents arrested Perez. The agents also entered the restaurant and placed Agosto under arrest.

While no ecstasy pills were found in the car, DEA agents obtained consent to search Agosto's mother's house in which Agosto and Perez resided, at 14538 S.W. 170th Terrace in Miami, Florida. During the consent search, agents found narcotics paraphernalia, including distribution baggies, two digital scales commonly used for weighing narcotics, vials with butterflyies on them, ammunition and a firearm magazine.